IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DWIGHT BENJAMIN BOYCE,<br><br>Defendant. | CR 21-10-BLG-SPW-2<br><br>ORDER |

Upon the Defendant's oral Motion to Continue Sentencing in open court on March 16, 2022, and good cause being shown,

**IT IS HEREBY ORDERED** that sentencing currently scheduled for March 16, 2022 at 1:30 p.m., is **VACATED** and **RESET** to commence on **Thursday, April 27, 2022 at 2:30 p.m.** in the James F. Battin U.S. Courthouse, Billings, Montana.

**IT IS FURTHER ORDERED** that,

1. Supplemental sentencing memoranda and supporting documents addressing all relevant sentencing issues shall be filed on or before **April 13, 2022**. Absent good cause shown, sentencing memoranda and supporting documents filed after April 13, 2022 will not be considered in addressing sentencing issues. Failure

1

to timely file sentencing memoranda may result in imposition of sanctions against counsel.

2. Responses to supplemental sentencing memoranda shall be filed on or before **April 20, 2022**.

3. Reply briefs will not be accepted for filing in sentencing matters.

4. The Court will resolve objections included in the Addendum to the presentence report at the sentencing hearing in accordance with U.S.S.G. § 6A1.3.

5. All parties that intend to have witnesses testify at sentencing shall give notice to this Court ten (10) days prior to the sentencing date.

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 16th day of March, 2022.

*Susan P. Watters*
SUSAN P. WATTERS
U.S. DISTRICT JUDGE