IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DWIGHT BENJAMIN BOYCE,<br><br>Defendant. | CR-21-10-BLG-SPW<br><br><br>ORDER |

Upon Defendant's Motion for Early Termination of Supervised Release (Doc. 109) and pursuant to 18 U.S.C. § 3583(e)(1) and Fed. R. Crim. P. 32.1(c)(2), and good cause being shown,

IT IS HEREBY ORDERED that Defendant's motion is GRANTED. Dwight Benjamin Boyce's term of supervised release is terminated as of the date of this order.

The Clerk shall forthwith notify the parties and the U.S. Probation Office of the making of this Order.

DATED this 12th day of June, 2023.

*Susan P. Watters*
SUSAN P. WATTERS
UNITED STATES DISTRICT JUDGE